# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL GENE TERRELONGE,

    Petitioner,

        v.

WARDEN L.J. ODDO,

    Respondent.

NO. 3:17-CV-2356

(JUDGE CAPUTO)

## ORDER

**NOW**, this 24th day of October, 2019, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**. The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge